Jeffrey J. Lederman (SBN: 104622)
jlederman@winston.com
Hannah L. Blumenstiel (SBN: 214842)
hblumenstiel@winston.com
**WINSTON & STRAWN LLP**
101 California Street  Suite 3900
San Francisco, California  94111-5894
Telephone:     415-591-1000
Facsimile:      415-591-1400

Attorneys for Petitioner
SONICWALL, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SonicWALL, Inc. | Case No.  07-00190 PJH |
|       Petitioner, | **NOTICE OF DISMISSAL** |
| v. | |
| Itway, S.p.A. | Honorable Phyllis J. Hamilton |
|       Respondent. | |

PLEASE TAKE NOTICE that Petitioner SonicWALL, Inc. hereby dismisses this action without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1).  The parties have been able to amicably resolve the subject matter of this action.  Respondent Itway, S.p.A. has not yet been served with process or filed an Answer, so no formal service of this Notice is required.

Dated:  November 16, 2007            **WINSTON & STRAWN LLP**

_/S/ Hannah L. Blumenstiel_
Hannah L. Blumenstiel
Counsel for Petitioner
SonicWALL, Inc.

SF:189165.1

11/20/07



IT IS SO ORDERED

Judge Phyllis J. Hamilton

NOTICE OF DISMISSAL
Case No. 07-00190 PJH

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894